Dismissed and Memorandum Opinion filed December 18, 2008








Dismissed
and Memorandum Opinion filed December 18, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00275-CV

____________

 

GEORGE GILMAN, Appellant

 

V.

 

SMS FINANCIAL XV, L.L.C., an Arizona Limited Liability
Company, Appellee

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 88-08020-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 7, 2008.  On November 26, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 18, 2008.

Panel consists of Justices Yates, Guzman, and Sullivan.